UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSHUA JAMES SHEBBY, | No. CV 08-4777 SJO (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| ANTHONY HEDGPETH, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 13, 2009

S. JAMES OTERO
United States District Judge